# STATE OF LOUISIANA

# COURT OF APPEAL, THIRD CIRCUIT

## 12-601

STATE OF LOUISIANA

VERSUS

WILCY ERNEST MONCEAUX, SR.

**\*\*\*\*\*\*\*\*\***

**APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. 703-11
HONORABLE C. STEVE GUNNELL, DISTRICT JUDGE**

**\*\*\*\*\*\*\*\*\***

**JAMES T. GENOVESE
JUDGE**

**\*\*\*\*\*\*\*\*\***

Court composed of Jimmie C. Peters, James T. Genovese, and Shannon J. Gremillion, Judges.

**AFFIRMED.**

Edward J. Marquet
Louisiana Appellate Project
Post Office Box 53733
Lafayette, Louisiana 70505-3733
(337) 237-6841
COUNSEL FOR DEFENDANT/APPELLANT:
    Wilcy Ernest Monceaux, Sr.

**Michael C. Cassidy**
**District Attorney − Thirty-First Judicial District**
**Stacey C. Naquin, Assistant District Attorney**
**Post Office Box 1388**
**Jennings, Louisiana 70546**
**(337) 824-1893**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**

**GENOVESE, Judge.**

In this companion criminal case with *State v. Monceaux*, 12-599 (La.App. 3 Cir. ---/---/12), --- So.3d ---, Defendant, Wilcy Ernest Monceaux, Sr., pled guilty to the offense of false imprisonment with a dangerous weapon in violation of La.R.S. 14:46.1. In accordance with his plea agreement, Defendant was sentenced to five years at hard labor, suspended, and placed on supervised probation for five years, to run consecutively to the twenty-year hard labor sentence he received by virtue of his plea to attempted manslaughter under Docket No. 12-599 of this court.

Defendant has appealed and has presented the identical assignment of error and issue (excessive sentence) as he did under Docket No. 12-599 of this court. Defendant's brief in this matter is identical to his brief regarding the other sentence, and it does not raise any error regarding his false imprisonment plea and sentence. After reviewing the record, we find no errors patent.

For the reasons set forth herein and in *State v. Monceaux*, 12-599 (La.App. 3 Cir. ---/---/12), --- So.3d ---, Defendant's sentence for false imprisonment with a dangerous weapon is affirmed.

**AFFIRMED.**